| | |
|---|---|
| 1 | Amy Jane Longo (SBN 198304) |
| 2 | Amy.Longo@ropesgray.com |
|   | ROPES & GRAY LLP |
| 3 | 10250 Constellation Blvd. |
| 4 | Los Angeles, California 90067 |
|   | Telephone: 310-975-3000 |
| 5 | Facsimile: 310-975-3400 |
| 6 | |
|   | David B. Hennes (*pro hac vice*) |
| 7 | David.Hennes@ropesgray.com |
| 8 | Matt Corriel (*pro hac vice*) |
|   | Matt.Corriel@ropesgray.com |
| 9 | ROPES & GRAY LLP |
| 10 | 1211 Avenue of the Americas |
|    | New York, NY 10036 |
| 11 | Telephone: 212-596-9000 |
| 12 | Facsimile: 212-596-9090 |

Attorneys for Plaintiff,
NANCY LERNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY LERNER, | ) | Case No. 8:24-cv-00680-JVS-DFM |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | **PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY CLERK** |
| THOMAS J. MCMANAMON, | ) |  |
| Defendant. | ) | Courtroom: 10C |
|  | ) | Judge: Hon. James V. Selna |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff Nancy Lerner ("Plaintiff") hereby respectfully requests a default judgment against Defendant Thomas J. McManamon ("Defendant").

1. <u>Entry of clerk's default</u>: A request for entry of clerk's default for failure to respond or appear was filed in this action on May 6, 2024 (ECF No. 17) and entered by the clerk on May 7, 2024 (ECF No. 18).

2. <u>Proof required for clerk's judgment</u>: The declarations of Amy Jane Longo and Nancy Lerner, attached hereto as Exhibits 1 and 2, establish proof of a sum certain due and owing to Plaintiff by Defendant pursuant to the circumstances articulated in the Complaint (ECF No. 1). The declarations further provide proof that Defendant has been served with the summons and Complaint, is not in military service, and is neither a minor nor an incompetent person, and that judgment may be properly awarded by the clerk.

3. <u>Judgment to be entered</u>:  As reflected in the [Proposed] Final Judgment of Default Against Defendant Thomas J. McManamon, lodged concurrently herewith, Plaintiff requests an Order be entered for damages in the amount of $238,000, with post-judgment interest to accrue pursuant to 28 U.S.C. § 1961.

DATED: May 9, 2024                ROPES & GRAY LLP

By:     /s/ Amy Jane Longo
              Amy Jane Longo

Attorney for Plaintiff
NANCY LERNER